```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 04157
    LATECIA M HOLT STANFORD
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
            Debtor
    SSN XXX-XX-1308


-----------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
    The case was filed on 02/22/2008 and was not confirmed.

    The case was dismissed without confirmation 05/08/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
-----------------------------------------------------------------------
ASSET ACCEPTANCE CORP    UNSEC W/INTER      2202.77          .00           .00
ASSET ACCEPTANCE CORP    UNSEC W/INTER      2048.93          .00           .00
ASSET ACCEPTANCE CORP    UNSEC W/INTER      1296.54          .00           .00
PEOPLES GAS LIGHT & COKE UNSEC W/INTER      1732.15          .00           .00
JEFFERSON CAPITAL SYSTEM UNSEC W/INTER       316.61          .00           .00
CHRYSLER                 UNSEC W/INTER   NOT FILED           .00           .00
COMMONWEALTH EDISON      UNSEC W/INTER      4673.40          .00           .00
HSBC                     UNSEC W/INTER   NOT FILED           .00           .00
PORTFOLIO RECOVERY ASSOC UNSEC W/INTER       189.78          .00           .00
UNIVERSITY PATHOLOGISTS  UNSEC W/INTER   NOT FILED           .00           .00
PEOPLES GAS LIGHT & COKE UNSEC W/INTER   NOT FILED           .00           .00
RUSH UNIVERSITY MEDICAL  UNSEC W/INTER   NOT FILED           .00           .00
SBC AMERITECH            UNSEC W/INTER   NOT FILED           .00           .00
TAMMY TAYLOR NAILS       UNSEC W/INTER   NOT FILED           .00           .00
WEST SIDE EMERGENCY PHYS UNSEC W/INTER   NOT FILED           .00           .00
SANTANDER CONSUMER USA   SECURED VEHIC    23824.00           .00           .00
SANTANDER CONSUMER USA   UNSEC W/INTER     2941.52           .00           .00
DEXTER GIVENS            NOTICE ONLY    NOT FILED            .00           .00
LEGAL HELPERS PC         DEBTOR ATTY          .00                          .00
TOM VAUGHN               TRUSTEE                                           .00
DEBTOR REFUND            REFUND                                            .00

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                        ---------------   ---------------

              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 04157 LATECIA M HOLT STANFORD
```

TOTALS                                           .00                    .00

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 08/26/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```